Filed 10/11/23  P. v. Niblett CA4/2

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

**IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA**

**FOURTH APPELLATE DISTRICT**

**DIVISION TWO**

| | |
|---|---|
| THE PEOPLE, | |
| Plaintiff and Respondent, | E081383 |
| v. | (Super.Ct.No. RIF1105943) |
| SHADEED DWIGHT NIBLETT, | OPINION |
| Defendant and Appellant. | |

APPEAL from the Superior Court of Riverside County.  John D. Molloy, Judge.

Dismissed.

Alan Siraco, under appointment by the Court of Appeal, for Defendant and

Appellant.

No appearance for Plaintiff and Respondent.

1

On the court's own motion, the appeal filed in the superior court on May 23, 2023, from the trial court's denial of defendant's postjudgment, nonstatutory motion for sentence modification based on changes in the law "pursuant to section(s) 186.22, 12022.53 and/or 12022.5" is DISMISSED because it does not affect defendant's substantial rights. (Pen. Code, § 1237, subd. (b).) The trial court lacked jurisdiction to modify defendant's sentence. (See *People v. Chlad* (1992) 6 Cal.App.4th 1719, 1725.) Therefore, denial of the motion to modify defendant's sentence could not have affected his substantial rights. (*Id.* at p. 1726.) Accordingly, the order denying defendant's motion for sentence modification is not an appealable order, and the appeal must be dismissed. (See *People v. Fuimaono* (2019) 32 Cal.App.5th 132, 135.)

## DISPOSITION

The appeal is dismissed.

NOT TO BE PUBLISHED IN OFFICIAL REPORTS

FIELDS
                                                                    J.

We concur:


MILLER
        Acting P.J.


MENETREZ
        J.


2